UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FAIRFIELD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CRISTANO CORPUZ, R.N., *et al.*,<br><br>　　　　Defendants. | Case No.  1:19-cv-00632-JDP<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION FOR APPOINTMENT OF COUNSEL<br><br>ECF No. 15 |

　　　　Plaintiff Melissa Fairfield is a state prisoner proceeding without counsel in this action brought under 42 U.S.C. § 1983.  On April 30, 2020, plaintiff filed a second motion requesting appointment of counsel.  ECF No. 15.  Plaintiff submits that he lacks any understanding of complex legal issues.  *Id.*  For the reasons stated in the court's earlier order, *see* ECF No. 12, plaintiff's renewed motion is again denied without prejudice.  The court may revisit this issue at a later stage of the proceedings if the interests of justice so require.

IT IS SO ORDERED.

Dated:   May 18, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 205.