UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FAIRFIELD,<br><br>Plaintiff,<br><br>v.<br><br>CRISTANO CORPUZ, R.N., *et al*.,<br><br>Defendants. | Case No. 1:19-cv-00632-JDP<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LAW LIBRARY ACCESS<br><br>ECF No. 21<br><br>ORDER THAT THE CLERK'S OFFICE FORWARD THIS ORDER AND PLAINTIFF'S MOTION TO THE LITIGATION COORDINATOR AT CENTRAL CALIFORNIA WOMEN'S FACILITY |

Plaintiff Melissa Fairfield is a state prisoner proceeding without counsel in this action under 42 U.S.C. § 1983. On June 8, 2020, plaintiff filed a motion requesting access to the law library at his facility. ECF No. 21.

Generally, the court does not have the power to bind third parties that are not before it. However, while plaintiff's motion is denied, the court orders that the clerk's office forward this order and plaintiff's request to the litigation coordinator at Central California Women's Facility. The court requests that that the litigation coordinator work with plaintiff to accommodate plaintiff's needs in this case. In addition, the court notes that the denial of library access may itself create a constitutional issue. *Bounds v. Smith*, 430 U.S. 817, 828 (1977) ("[T]he

fundamental constitutional right of access to the courts requires prison authorities to assist inmates in the preparation and filing of meaningful legal papers by providing prisoners with adequate law libraries or adequate assistance from persons trained in the law.").

IT IS SO ORDERED.

Dated:   June 10, 2020                                   _____
                                                        UNITED STATES MAGISTRATE JUDGE

No. 205.