UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FAIRFIELD,<br><br>   Plaintiff,<br><br>   v.<br><br>CRISTANO CORPUZ, R.N., *et al*.,<br><br>   Defendants. | Case No.  1:19-cv-00632-JDP<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION<br><br>ECF No. 25 |

Defendants' request for an extension of time, ECF No. 25, is granted.  They shall have up to and including September 2, 2020, to respond to plaintiff's complaint.

IT IS SO ORDERED.


Dated:   August 3, 2020                              _____
                                                     UNITED STATES MAGISTRATE JUDGE


No. 205.

1