UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FAIRFIELD,<br><br>Plaintiff,<br><br>v.<br><br>CRISTANO CORPUZ, R.N., *et al.*,<br><br>Defendants. | Case No. 1:19-cv-00632-JDP<br><br>ORDER DENYING PLAINTIFF'S THIRD MOTION FOR APPOINTED COUNSEL<br><br>ECF No. 27<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR MISCELLANEOUS RELIEF<br><br>ECF No. 28 |

For the reasons stated in the court's earlier orders, *see* ECF Nos. 12, 16, plaintiff's third motion for the appointment of counsel, ECF No. 27, is denied.

Plaintiff's motion for miscellaneous relief—filed with the understandable desire of expediting this litigation—is denied as premature. ECF No. 28. The defendants requested and were given an extension, and their deadline to file a responsive pleading is now September 2, 2020. *See* ECF Nos. 25, 26.

IT IS SO ORDERED.

Dated:   August 10, 2020                                              _Jeremy Peterson_
                                                                                      UNITED STATES MAGISTRATE JUDGE

1