UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FAIRFIELD, <br><br> Plaintiff, <br><br> v. <br><br> CRISTANO CORPUZ, R.N., *et al.*, <br><br> Defendants. | Case No. 1:19-cv-00632-JDP <br><br> ORDER DENYING PLAINTIFF'S MOTIONS FOR MISCELLANEOUS RELIEF <br><br> ECF Nos. 32, 33 |

Plaintiff's motions for miscellaneous relief, ECF Nos. 32 and 33, are denied.

Plaintiff's first motion requests that court give plaintiff at least fourteen days before ruling on any motion or request, including motions for an extension of time. ECF No. 32. While the court is aware of the prison mailing process and takes mail delays into account when considering dispositive motions, it is generally the practice of this court and others to resolve requests for time (and other simple requests) quickly and liberally, given the large volume of such motions.

Plaintiff's second motion seeks an order from the court mandating the release of certain medical records. This court generally lacks the power to bind third parties who are not before it—and, in any event, the court believes plaintiff's motion may be premature. Once defendants have responded to plaintiff's complaint, the court will issue an order dealing with scheduling

matters, including discovery.

IT IS SO ORDERED.

Dated:   August 24, 2020

UNITED STATES MAGISTRATE JUDGE

No. 205.