1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

MELISSA FAIRFIELD,

       Plaintiff,

       v.

CRISTANO CORPUZ, R.N., *et al.*,

       Defendants.

Case No.  1:19-cv-00632-JDP

ORDER DENYING PLAINTIFF'S MOTION FOR MISCELLANEOUS RELIEF AS MOOT

ECF No. 39

18
19
20
21

     Plaintiff's motion for miscellaneous relief, ECF No. 39, is denied as moot.  Defendants have answered the complaint, *see* ECF No. 36, and a discovery and scheduling order has issued, *see* ECF No. 38.  It is possible that these documents simply crossed in the mail.  In any event, the case will proceed under the court's scheduling order.

22
23

IT IS SO ORDERED.

24
25

Dated:    September 11, 2020  

UNITED STATES MAGISTRATE JUDGE

26
27

No. 205.

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28