UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FAIRFIELD, | Case No. 1:19-cv-00632-DAD-HBK |
| Plaintiff, | <u>ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S RESPONSE</u> |
| v. | |
| A. KHOO, I. SINGH, S. SINGH, | (Doc. No. 44) |
| Defendants. | <u>ORDER DIRECTING CLERK TO STRIKE PLAINTIFF'S RESPONSE</u> |
| | (Doc. No. 41) |

This matter comes before the court upon initial review of this case that was reassigned to the undersigned on November 17, 2020. (*See* Doc. No. 51). Pending review is, *inter alia*, defendants' motion to strike plaintiff's response to the answer. (Doc. No. 44).

Plaintiff Melissa Fairfield, a state prisoner, initiated this action on May 9, 2019 by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 against defendants A. Khoo, I. Singh, and S. Singh. (Doc. No. 1). Plaintiff amended the complaint (Doc. No. 13), and the amended complaint was served on defendants. (Doc. No. 17). Defendants filed an answer to the complaint on September 2, 2020. (Doc. No. 36). On September 14, 2020, plaintiff, without seeking leave of the court, filed a response to the answer. (Doc. No. 41).

Neither the Federal Rules of Civil Procedure nor the Local Rules provide for the right to file a reply to an answer, and the court did not order that a reply be filed. *See* Fed. R. Civ. P. 7(a)(7). Therefore, defendants' motion to strike plaintiff's response is due to be granted.

Accordingly, it is **ORDERED**:

1. Defendants' motion to strike plaintiff's response to the answer (Doc. No. 44) is **GRANTED**.
2. Plaintiff's response to answer (Doc. No. 41) is **stricken** from the record.

IT IS SO ORDERED.

Dated:   March 23, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2