UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FAIRFIELD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A. KHOO, I. SINGH, S. SINGH,<br><br>　　　　Defendant. | Case No.  1:19-cv-00632-DAD-HBK<br><br>ORDER STRIKING PLAINTIFF'S UNAUTHORIZED PLEADING<br><br>(Doc. No. 63) |

　　　　Plaintiff Melissa Fairfield, a state prisoner, initiated this action on May 9, 2019 by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 against defendants A. Khoo, I. Singh, and S. Singh.  (Doc. No. 1).  This matter comes before the court upon initial review of this case that was reassigned to the undersigned on November 17, 2020.  (*See* Doc. No. 51).  Pending review is plaintiff's January 22, 2021 pleading titled "motion clarification of facts," which the court construes as an unauthorized pleading.  (Doc. No. 63).

　　　　In this pleading, plaintiff recounts arguments he has already set forth in his complaint (Doc. No. 13) and motion for injunctive relief (Doc. No. 54) and recites certain docket activity.  (*See generally* Doc. No. 63).  Plaintiff does not seek any relief in the pleading.  (*Id.*).  Neither the Federal Rules of Civil Procedure nor the Local Rules provide for the right to file additional pleadings outside those described in Fed. R. Civ. P. 7 (a).  To the extent plaintiff wishes to

request relief from this court, he should do so through a properly filed motion. Fed. R. Civ. P. 7(b). Accordingly, the court will order plaintiff's unauthorized pleading stricken from the record.

Accordingly, it is **ORDERED**:

The Clerk of Court is directed to terminate the motion associated with plaintiff's unauthorized pleading (Doc. No. 63) and **strike** the pleading from the record.

IT IS SO ORDERED.

Dated:   March 24, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2