UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FAIRFIELD,<br><br>            Plaintiff,<br><br>    v.<br><br>A. KHOO, I. SINGH,<br><br>            Defendants. | Case No. 1:19-cv-00632-DAD-HBK<br><br>ORDER REFERRING CASE TO ALTERNATIVE DISPUTE RESOLUTION AND STAY OF CASE FOR 30 DAYS<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE DOCUMENTS<br><br>ORDER DIRECTING CLERK OF COURT TO CORRECT DOCKET |

Plaintiff Melissa Fairfield is a state prisoner proceeding *pro se* in this civil rights action brought under 42 U.S.C. § 1983. (Doc. No. 1). Plaintiff is proceeding on his first amended complaint. (Doc. No. 13). Defendants S. Singh, I. Singh, and A. Khoo moved for exhaustion-based summary judgment. (Doc. No. 52). The motion was granted in part and denied in part, resulting in the dismissal of S. Singh from the action and dismissal of all claims against Defendants Khoo and Ikwiner Singh, except for Plaintiff's Eighth Amendment deliberate indifference claims related to his neck mass. (Doc. No. 81 at 3). Accordingly, the Court will refer this case to alternative dispute resolution ("ADR") concerning Plaintiff's remaining Eight Amendment claims against Khoo and I. Singh.

The Court refers all civil rights cases filed by *pro se* individuals to ADR to attempt to resolve such cases more expeditiously and less expensively. *See also* Local Rule 270. In

appropriate cases, defense counsel from the California Attorney General's Office have agreed to participate in ADR.  No claims, defenses, or objections are waived by the parties' participation.

Attempting to resolve this matter through settlement now would save the parties the time and expense of preparing for trial.  The Court therefore will STAY this action for 30 days to allow the parties to meet and confer and participate in a settlement conference.  The Court presumes that all civil rights cases assigned to the undersigned will proceed to a settlement conference.  If, however, after meeting and conferring, either party finds that a settlement conference would be a waste of resources, the party may opt out of the settlement conference.  If either party opts out or the settlement is unsuccessful, the Court will set the case for trial.

Accordingly, it is **ORDERED**:

1. This action will be **STAYED for an additional 30 days** to allow the parties an opportunity to settle their dispute.  No pleadings or motions may be filed in this case during the stay.

2. **Within 30 days** from the date of this Order, the parties shall file a notice if they object to proceeding to a settlement conference or if they believe that settlement is not currently achievable.  **If either party objects to a settlement conference, the Court will set the case for trial.**

3. If the parties consent to a settlement conference or fail to file objections by the expiration period, the Court by separate Order will assign this matter to a United States Magistrate Judge, other than the undersigned, for conducting the settlement conference.

4. If the parties reach a settlement prior to the settlement conference, they **SHALL** file a Notice of Settlement as required by Local Rule 160

5. The Clerk of Court shall serve Deputy Attorney General Brian S. Chan, Supervising Deputy Attorney General Lawrence Bragg, and Deputy Attorney General Janet Chen with a copy of Plaintiff's first amended complaint (Doc No. 13); the Court's July 26, 2021 Findings and Recommendations regarding Defendants' motion for summary judgment (Doc No. 75) and District Court's September 30, 2021 Order adopting the same (Doc. No. 81); and this Order.

6. The parties are obligated to keep the Court informed of their current addresses during the stay and the pendency of this action. Changes of address must be reported promptly in a Notice of Change of Address. *See* Local Rule 182(f). 8.

7. The docket reflects "Singh Chief Dentist" as a Defendant. Dentist Singh has been dismissed from the case. (Doc. No. 81 at 3). Accordingly, the Clerk of Court is directed to terminate Dentist S. Singh from the docket.

Dated:    October 4, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE