UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FAIRFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>A. KHOO, I. SINGH,<br><br>    Defendants. | Case No. 1:19-cv-00632-DAD-HBK<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT<br><br>(Doc. No. 80) |

Pending before the Court is Plaintiff's motion for default filed October 5, 2021. (Doc. No. 83). Plaintiff seeks entry of default against Defendants on the basis that Defendants failed to timely file a response to Plaintiff's objections to the undersigned's Findings and Recommendations. (Doc. No. 83). Plaintiff's reasoning is misguided. As an initial matter, Defendants were not *required* to file a response to the findings and recommendations. Rather, Defendants were *permitted the opportunity* to respond if desired. (*See* Doc. No. 75 at 17) ("Within fourteen (14) days after being served with these findings and recommendations, a party *may* file written objections with the court.") (emphasis added). Further, Defendants timely filed a response to his objections to the findings and recommendations on September 22, 2021. (Doc. No. 80).[1] It is possible that Plaintiff has not yet received mail service of Defendants' response.

---

[1] On August 23, 2021, the Court granted Defendants' motion for an extension of time until September 22, 2021 to file a response to Plaintiff's objections to the Findings and Recommendations. (Doc. Nos. 78, 79).

Therefore, in an abundance of caution, the Court will direct the Clerk of Court to mail Plaintiff a courtesy copy of Defendants' response to Plaintiff's objections to the Findings and Recommendations. (*Id*). In light of the foregoing, Plaintiff's motion for default is denied.

Accordingly, it is ORDERED:

1. Plaintiff's motion for default (Doc. No. 83) is DENIED and
2. The Clerk of Court is directed to mail a copy of Defendants' response (Doc. No. 80) to Plaintiff.

Dated:  October 7, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE